```
                    IN THE UNITED STATES DISTRICT COURT

                              DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

        Plaintiff,                          CV-N-95-0757-HDM

   vs.                                      ORDER

BOARD OF DIRECTORS, TRUCKEE-
CARSON IRRIGATION DISTRICT,
individually, and the TRUCKEE-
CARSON IRRIGATION DISTRICT,

        Defendants.
_____/
D. EDWIN BRUSH, TED J.
deBRAGA, RICHARD HARRIMAN,
ROGER MILLS, JIM PERAZZO, RAY
PETERSON, and WILLIAM E.
SHEPARD,

        Counterclaimants,

   vs.

THE UNITED STATES OF AMERICA,
and GALE NORTON, Secretary of
Interior,

        Counterdefendants.
_____/
PYRAMID LAKE PAIUTE TRIBE OF
INDIANS,

        Intervenors.
_____/
```

1   The motion of the United States for a ninety (90) day stay of
2   the submission of the Federal Water Master's Certification of
3   Compliance in this action is granted. The Certification of
4   Compliance shall not be filed until July 2, 2007 or such other date
5   as may be specified by the court.
6   Pursuant to the request of the United States, leave is granted
7   to file the ex parte submission to the court which ex parte
8   communication shall remain sealed until further order of the court.
9   It is so ORDERED.
10  Dated this 29th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

2