**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:95-cv-00757-HDM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| BOARD OF DIRECTORS, TRUCKEE-CARSON IRRIGATION DISTRICT, individually, and the TRUCKEE-CARSON IRRIGATION DISTRICT, | ) | |
| Defendants. | ) | |
| D. EDWIN BRUSH, TED J. deBRAGA, RICHARD HARRIMAN, ROGER MILLS, JIM PERAZZO, RAY PETERSON, and WILLIAM E. SHEPARD, | ) | |
| Counterclaimants, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, and GALE NORTON, Secretary of the Interior, | ) | |
| Counterdefendants. | ) | |
| PYRAMID LAKE PAIUTE TRIBE OF INDIANS, | ) | |
| Intervenors. | ) | |

On August 4, 2010, the court stayed this action pending the filing of a petition for a writ of certiorari with the United States Supreme Court, or until November 1, 2010, if no such petition was filed.  The court further directed that if no petition was filed, the parties were to meet and confer in order to discuss a possible resolution of the gauge error and spill issues.

A petition for a writ of certiorari was filed on September 22, 2010.  The petition was denied on November 30, 2010.  Accordingly, the stay of this action is hereby lifted.  As previously directed, the parties shall meet and confer on the issues of gauge errors and spills and discuss a possible resolution of those matters.  On or before March 7, 2011, the parties shall advise the court by way of written stipulation whether they have been able to resolve those issues in full or in part or whether an additional reasonable time is requested for resolution.  Any stipulation shall propose a briefing schedule for those issues that remain in dispute.  If the parties do not file a stipulated agreement on or before March 7, 2011, the court will set a status conference.

**IT IS SO ORDERED.**

DATED: This 19th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE