**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:95-cv-00757-HDM |
| Plaintiff, | ) | |
| vs. | ) | AMENDED JUDGMENT |
| BOARD OF DIRECTORS, TRUCKEE-CARSON IRRIGATION DISTRICT, individually, and the TRUCKEE-CARSON IRRIGATION DISTRICT, | ) | |
| Defendants. | ) | |
| D. EDWIN BRUSH, TED J. deBRAGA, RICHARD HARRIMAN, ROGER MILLS, JIM PERAZZO, RAY PETERSON, and WILLIAM E. SHEPARD, | ) | |
| Counterclaimants, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, and GALE NORTON, Secretary of the Interior, | ) | |
| Counterdefendants. | ) | |
| PYRAMID LAKE PAIUTE TRIBE OF INDIANS, | ) | |
| Intervenors. | ) | |

**IT IS ORDERED AND ADJUDGED**

Judgment shall be entered in favor of the United States and

the Pyramid Lake Paiute Tribe of Indians and against the Truckee Carson Irrigation District for excess diversions and spills in the amount of 309,480 acre-feet.  Judgment shall be entered against the United States and the Pyramid Lake Paiute Tribe of Indians and in favor of the Board of Directors of the Truckee Carson Irrigation District individually, the State of Nevada through its Department of Conservation & Natural Resources, Division of Wildlife and Division of State Land, all individual water right owners as members of the defendant class of water right owners, and all defendant intervenors.

DATED: This 6th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

2