**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:95-cv-00757-HDM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| BOARD OF DIRECTORS, TRUCKEE-CARSON IRRIGATION DISTRICT, individually, and the TRUCKEE-CARSON IRRIGATION DISTRICT, | ) | |
| Defendants. | ) | |
| D. EDWIN BRUSH, TED J. deBRAGA, RICHARD HARRIMAN, ROGER MILLS, JIM PERAZZO, RAY PETERSON, and WILLIAM E. SHEPARD, | ) | |
| Counterclaimants, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, and GALE NORTON, Secretary of the Interior, | ) | |
| Counterdefendants. | ) | |
| PYRAMID LAKE PAIUTE TRIBE OF INDIANS, | ) | |
| Intervenors. | ) | |

1

1         Before the court is defendant-intervenor Churchill County's
2    motion "for order authorizing representative of defendant-
3    intervenor Churchill County to participate in certification of
4    compliance for recoupment" (#782).  The government and the Pyramid
5    Lake Paiute Tribe of Indians have opposed (#783, #789), and
6    Churchill County has replied (#795).  Churchill County's request is
7    based on speculation that defendant Truckee-Carson Irrigation
8    District may someday be dissolved and that the county would become
9    liable for TCID's obligations.  Churchill County has made no
10   allegations that such dissolution is imminent, much less being
11   actively contemplated.  Accordingly, the court finds there is an
12   insufficient basis for Churchill County to be involved in the
13   certification of compliance process at this time.  Churchill
14   County's motion (#782) is therefore denied without prejudice.
15        **IT IS SO ORDERED.**
16        DATED: This 2nd day of April, 2012.

                    _____
                    UNITED STATES DISTRICT JUDGE