**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:95-cv-00757-HDM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| BOARD OF DIRECTORS, TRUCKEE-CARSON IRRIGATION DISTRICT, individually, and the TRUCKEE-CARSON IRRIGATION DISTRICT, | ) | |
| Defendants. | ) | |
| _____ | ) | |
| D. EDWIN BRUSH, TED J. deBRAGA, RICHARD HARRIMAN, ROGER MILLS, JIM PERAZZO, RAY PETERSON, and WILLIAM E. SHEPARD, | ) | |
| Counterclaimants, | ) | |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, and GALE NORTON, Secretary of the Interior, | ) | |
| Counterdefendants. | ) | |
| _____ | ) | |
| PYRAMID LAKE PAIUTE TRIBE OF INDIANS, | ) | |
| Intervenors. | ) | |
| _____ | ) | |

1

1    Before the court is the defendant's unopposed motion for a

2  stay regarding the Federal Water Master's certification of

3  compliance with the judgment. Good cause having been shown, the

4  motion is **GRANTED**.  The Federal Water Master's submission and

5  filing of a certification of compliance with the judgment by the

6  Truckee-Carson Irrigation District is **STAYED** until December 31,

7  2013.  The stay may be extended upon further motion and/or

8  stipulation of the parties, and order of the court.

9    Nothing in this order is intended to alter or amend the

10 January 5, 2012, Amended Judgment in this case with regard to its

11 effective date.

12    **IT IS SO ORDERED.**

13    DATED: This 28th day of January, 2013.

14

15                          _Howard D McKibben_
                          _____
16                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

                               2