1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                                **DISTRICT OF NEVADA**

10

11 UNITED STATES OF AMERICA,     )    3:95-cv-00757-HDM
                                 )

12              Plaintiff,     )
                                 )

13 vs.                           )    ORDER
                               )

14 BOARD OF DIRECTORS, TRUCKEE-   )
CARSON IRRIGATION DISTRICT,    )

15 individually, and the TRUCKEE-  )
CARSON IRRIGATION DISTRICT,    )

16                             )
            Defendants.    )

17 _____ )
                               )

18 D. EDWIN BRUSH, TED J. deBRAGA, )
RICHARD HARRIMAN, ROGER MILLS,  )

19 JIM PERAZZO, RAY PETERSON, and  )
WILLIAM E. SHEPARD,          )

20                             )
           Counterclaimants, )

21 vs.                           )
                             )

22 THE UNITED STATES OF AMERICA, and)
GALE NORTON, Secretary of the   )

23 Interior,                  )
                             )

24            Counterdefendants.)
_____ )

25                              )
PYRAMID LAKE PAIUTE TRIBE OF    )

26 INDIANS,                   )
                             )

27            Intervenors.    )
_____ )

28

1   Before the court is the defendant's unopposed motion for a

2   stay regarding the Federal Water Master's certification of

3   compliance with the judgment. Good cause having been shown, the

4   motion is **GRANTED.**  The Federal Water Master's submission and

5   filing of a certification of compliance with the judgment by the

6   Truckee-Carson Irrigation District is **STAYED** until December 31,

7   2013.  The stay may be extended upon further motion and/or

8   stipulation of the parties, and order of the court.

9   Nothing in this order is intended to alter or amend the

10  January 5, 2012, Amended Judgment in this case with regard to its

11  effective date.

12  **IT IS SO ORDERED.**

13  DATED: This 28th day of January, 2013.

15  _____
    UNITED STATES DISTRICT JUDGE