**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:95-CV-00757-HDM |
| Plaintiff, | |
| and | ORDER ON MOTION TO STRIKE |
| PYRAMID LAKE PAIUTE TRIBE OF INDIANS, | |
| Intervenor-Plaintiff, | |
| v. | |
| BOARD OF DIRECTORS OF THE TRUCKEE-CARSON IRRIGATION DISTRICT, individually and as Representatives of the Class of all Water Users in the Newlands Reclamation Project; TRUCKEE-CARSON IRRIGATION DISTRICT, | |
| Defendants, | |
| and | |
| STATE OF NEVADA, Department of Conservation and Natural Resources, Division of Wildlife and Division of State Lands; CHURCHILL COUNTY; DODGE BROTHERS AND DOGE JR. FAMILY TRUST; DAVID P. HARRIGAN; GEORGE AND SHELLY RAE RAKURSHIN; WILLIAM D. AND GWENDOLYN WASHBURN; MARVIN WEISHAUPT; HOWARD D. WOLF FAMILY TRUST; RAY CONLAN; | |

1

| | |
|---|---|
| 1 | CORKILL BROS., INC.; CALVIN R. MOFFITT AND CANDACE J. MOFFITT; BELL FAMILY TRUST; LARRY L. FRITZ FAMILY TRUST; DAVID L. MATLEY AND CHRISTINE L. MATLEY FAMILY TRUST AND DAVID MATLEY; HAROLD G. AND RHONDA JOHNSON AND JOHNSON FAMILY TRUST; A&A DAIRY; JOYCE LOHR; PERALDO BROTHERS; STILLWATER FARMS, INC.; CHARLES P. FREY, JR. AND DEBRA S. FREY; NORMAN W. FREY; FALLON-PAIUTE SHOSHONE TRIBE, |

Intervenor-Defendants.
_____/

The Truckee-Carson Irrigation District ("TCID") has filed a motion to strike (#873) the declaration of Ali Shahroody, attached to the government's brief in response to the court's order of May 11, 2015 (#870-1), as well as any parts of the government's brief that rely thereon. The government and the Pyramid Lake Paiute Tribe oppose the motion (#877), and TCID has replied (#879).

Shahroody's declaration is not evidence that was before this court during trial. The declaration relies on and discusses evidence that was admitted only for limited rebuttal purposes and proffers a calculation of the amounts subject to recoupment for 1985 and 1986 based on a methodology that has never been accepted by this court. As the court found in striking the declaration of Walter Winder, offered by TCID in the first set of briefs on remand, the court has not reopened the record for additional evidence. The determination as to how much recoupment, if any, is available for the designated time periods in 1985 and 1986 should be made on the basis of evidence presented during the government's case-in-chief. For that reason, TCID's motion to strike the

/

declaration of Ali Shahroody (#873) is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: This 25th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE