```
                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA


UNITED STATES OF AMERICA,              3:95-CV-00757-HDM

        Plaintiff,

    and                                ORDER

PYRAMID LAKE PAIUTE TRIBE OF
INDIANS,

        Intervenor-Plaintiff,

    v.

BOARD OF DIRECTORS OF THE
TRUCKEE-CARSON IRRIGATION
DISTRICT, individually and as
Representatives of the Class of
all Water Users in the Newlands
Reclamation Project; TRUCKEE-
CARSON IRRIGATION DISTRICT,

        Defendants,

    and

STATE OF NEVADA, Department of
Conservation and Natural
Resources, Division of Wildlife
and Division of State Lands;
CHURCHILL COUNTY; DODGE
BROTHERS AND DOGE JR. FAMILY
TRUST; DAVID P. HARRIGAN;
GEORGE AND SHELLY RAE
RAKURSHIN; WILLIAM D. AND
GWENDOLYN WASHBURN; MARVIN
WEISHAUPT; HOWARD D. WOLF
FAMILY TRUST; RAY CONLAN;
```

| | |
|---|---|
| 1 | CORKILL BROS., INC.; CALVIN R. MOFFITT AND CANDACE J. MOFFITT; BELL FAMILY TRUST; LARRY L. FRITZ FAMILY TRUST; DAVID L. MATLEY AND CHRISTINE L. MATLEY FAMILY TRUST AND DAVID MATLEY; HAROLD G. AND RHONDA JOHNSON AND JOHNSON FAMILY TRUST; A&A DAIRY; JOYCE LOHR; PERALDO BROTHERS; STILLWATER FARMS, INC.; CHARLES P. FREY, JR. AND DEBRA S. FREY; NORMAN W. FREY; FALLON-PAIUTE SHOSHONE TRIBE, |

Intervenor-Defendants.
_____/

After twelve years as a senior judge I have decided to reduce my caseload. Accordingly, this action is referred to the Chief Judge of the District for reassignment.

**IT IS SO ORDERED.**

DATED: This 8th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE