**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ. (NV Bar No. 1021)
CHRISTOPHER W. MIXSON, ESQ. (NV Bar No. 10685)
3556 E. Russell Rd.
Las Vegas, NV 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
cmixson@wrslawyers.com

*Attorneys for Plaintiff-Intervenor Pyramid Lake Paiute Tribe*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF DIRECTORS, TRUCKEE-CARSON IRRIGATION DISTRICT, Individually and as Representatives of the Class of All Water Users in the Newlands Project, et al.; and the TRUCKEE-CARSON IRRIGATION DISTRICT,<br><br>Defendants.<br><br>PYRAMID LAKE PAIUTE TRIBE,<br><br>Plaintiff-Intervenor. | Case No. CV-N-95-757-RCJ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR RESPONSES TO MOTION OF TRUCKEE-CARSON IRRIGATION DISTRICT FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)(6)**<br><br>**(First Request)** |

COME NOW Plaintiff-Intervenor Pyramid Lake Paiute Tribe ("Tribe"), Plaintiff United States of America ("United States") and Defendant Board of Directors, Truckee-Carson Irrigation District ("TCID"), through their undersigned attorneys, and hereby stipulate and respectfully request that the Court grant an extension of time regarding responses and reply briefs to TCID's pending Motion for Relief from Judgment Under Rule 60(b)(6) (ECF No. 994). Pursuant to the automatic CM/ECF notification of the Motion, the current deadline for responses is Tuesday, March 27, 2018.

The parties stipulate and hereby request that the Court grant a one-month extension of time for the Tribe and United States to file their responses, to and including April 27, 2018; and for one

1 | month for TCID to file its reply, to and including May 25, 2018.

2 | Respectfully submitted: March 21, 2018.

FOR THE PYRAMID LAKE PAIUTE TRIBE:

By: /s/ Don Springmeyer
DON SPRINGMEYER (NV Bar #1021)
CHRISTOPHER W. MIXSON (NV Bar #10685)
**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP**

FOR THE UNITED STATES:

DALE ELIESON, United States Attorney
GREG ADDINGTON, Assistant United States Attorney

JEFFREY H. WOOD, Acting Assistant Attorney General
Environment and Natural Resources Division

By: /s/ Stephen Macfarlane (with permission)
STEPHEN M. MACFARLANE, Senior Attorney
Environment and Natural Resources Division
U.S. Department of Justice
501 I St., Suite 9-700
Sacramento, CA 95814-2322
Ph: (916) 930-2204 / Fx: (916) 930-2210
Stephen.Macfarlane@usdoj.gov

FOR THE BOARD OF DIRECTORS,
TRUCKEE-CARSON IRRIGATION DISTRICT

By: /s/ Michael Van Zandt (with permission)
MICHAEL J. VAN ZANDT, Esq. (NV Bar #7199)
NATHAN A. METCALF (NV Bar #10404)
425 Market St., 26th Floor
San Francisco, CA 94105
Ph: (415) 777-3200 / Fx: (415) 541-9366
mvanzandt@hansonbridgett.com
nmetcalf@hansonbridgett.com

**IT IS SO ORDERED.**

DATED: 3-21-2018

Hon. Robert C. Jones
United States District Court Judge

Stipulation and Proposed Order Extending Briefing Deadlines for Rule 60(b)(6) Motion