JOSHUA OSBORNE-KLEIN
Ziontz Chestnut
2101 Fourth Avenue
Suite 1230
Seattle, WA 98121
Tele: (206) 448-1230
FAX: (206) 448-0962
Email: joshok@ziontzchestnut.com

*Attorney for Fallon Paiute Shoshone Indian Tribe*

Affirmation: This document does
not contain the social security
number of any person.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-N-95-757-RCJ |
| Plaintiff, | |
| v. | |
| BOARD OF DIRECTORS OF THE TRUCKEE-CARSON IRRIGATION DISTRICT, individually, and as Representatives of the Class of all Water User in the Newlands Reclamation Project, *et al.*, and the TRUCKEE-CARSON IRRIGATION DISTRICT, | MOTION AND PROPOSED ORDER TO WITHDRAW |
| Defendants. | |

     Pursuant to Local Rule IA 11-6, Joshua Osborne-Klein, who has appeared in this case

on behalf of intervenor Fallon Paiute-Shoshone Tribe (FPST), respectfully moves the Court for

an order permitting him to withdraw as counsel for FPST in the above-captioned matter.

This Motion is made and based upon the Memorandum of Points and Authorities submitted herein and the Declaration of Joshua Osborne-Klein attached hereto.

Dated this 20th day of August, 2018.

Respectfully submitted,

ZIONTZ CHESTNUT

/s/ Joshua Osborne-Klein_____
Joshua Osborne-Klein
Attorney for Fallon Paiute Shoshone
Indian Tribe

## MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Osborne-Klein will be taking a hiatus from the practice of law, effective September 1, 2018, and accordingly seeks leave to withdraw from this case.

The Local Rule IA 11-6 (b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice served on the affected client and opposing counsel." Mr. Osborne-Klein has provided FPST with notice of his intent to withdraw from this case. Additionally, all other counsel in this case will receive notice of this Motion to Withdraw as described in the certificate of service attached herein.

Local Rule IA 11-6 (e) also provides that "no withdrawal . . . will be approved if it will result in delay of discovery, the trial, or any hearing in the case." Here, no delay of any kind will result from Mr. Osborne-Klein's withdrawal because FPST will continue to be represented in this matter by Mr. Osborne-Klein's colleague, Marc Slonim, who previously appeared before this Court on behalf of FPST and has full knowledge of the issues in this case. FPST will also continue to be represented by its local counsel of record, Gordon DePaoli.

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-1230

1  Accordingly, Mr. Osborne-Klein's withdrawal will not prejudice either party or delay any

2  proceeding in this matter.

3  CONCLUSION

4  For the reasons set forth above, Mr. Osborne-Klein respectfully moves this Court enter

5  an Order approving the withdrawal of Mr. Osborne-Klein as a representing attorney for FPST

6  in the above-captioned case.

7  Dated this 20th day of August, 2018.

8  ZIONTZ CHESTNUT

9

   /s/ Joshua Osborne-Klein
10  Joshua Osborne-Klein
   Attorney for Fallon Paiute Shoshone
11  Indian Tribe

12

13  **IT IS SO ORDERED:**

14

   **UNITED STATES DISTRICT JUDGE**
15

16  **DATED:** September 24, 2018

17

18

19

20

21

22

23

Ziontz Chestnut
2101 Fourth Avenue, Suite 1230
Seattle, Washington 98121
Tel. (206) 448-1230; Fax (206) 448-1230

CERTIFICATE OF SERVICE

1

2       I hereby certify that on August 20, 2018, the foregoing Motion and Proposed Order to

3 Withdraw was served via the United States District Court's CM/ECF system, which will send

4 notification of such filing to all parties or persons requesting notice.

5       I further certify that on August 20, 2018, a copy of the foregoing Motion and Proposed

6 Order to Withdraw was served via U.S. Mail, postage prepaid to the following:

| | |
|---|---|
| Frey Ranch Partnership<br>Family Trust<br>1045 Dodge Lane<br>Fallon, NV 89406-9280 | Robert S. Pelcyger<br>Fredericks, Pelcyger & Hester<br>1900 Plaza Drive<br>Louisville, CO 80027 |
| Peraldo Brothers<br>A Nevada General Partnership<br>4305 Peraldo Lane<br>Fallon, NV 89406 | Frey Ranch Partnership<br>Family Trust<br>1045 Dodge Lane<br>Fallon, NV 89406-9280 |
| Ali Shahroody<br>pro hac vice<br>Stetson Engineers<br>2171 E. Francisco Blvd., Ste. K<br>San Rafael, CA 94901 | Arthur W. IV Bell<br>Trustee Of The Bell Family Trust<br>6655 Reno Hwy<br>Fallon, NV 89406 |
| Debra S. Frey<br>1045 Dodge Lane<br>Fallon, NV 89406-9280 | Francis E., III DuBois<br>250 Bench Blvd.<br>Fallon, NV 89406 |
| Joyce Lohr<br>6425 Mission Rd.<br>P. O. Box 1062<br>Fallon, NV 89406 | Charles P. Frey, Jr.<br>Family Trust<br>1045 Dodge Lane<br>Fallon, NV 89406-9280 |
| Frey Norman<br>3975 Reno Highway<br>Fallon, NV 89406 | Ray Conlan<br>1255 Bench Road<br>Fallon, NV 89406 |
| Robert D Stitser<br>P.O. Box 6627<br>Reno, NV 89513 | |

22      //

23      //

MOTION TO WITHDRAW        4

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-1230

1 | Dated this 20th day of August, 2018.

2 | ZIONTZ CHESTNUT

3 | /s/ Laura Bartholet_____
Laura Bartholet, Paralegal

4 | 2101 Fourth Ave., Suite 1230
Seattle, WA 98121-2331

5 | Tel. (206) 448-1230; Fax (206) 448-0962

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ZIONTZ CHESTNUT
2101 FOURTH AVENUE, SUITE 1230
SEATTLE, WASHINGTON 98121
TEL. (206) 448-1230; FAX (206) 448-1230