# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

BOARD OF DIRECTORS, TRUCKEE-CARSON IRRIGATION DISTRICT, individually, and as Representatives of the Defendant(s).

Case #3:95-cv-00757-MMD

ORDER RE:
**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Wyatt Golding_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Ziontz Chestnut_____
(firm name)

with offices at _____2101 Fourth Avenue, Suite 1230_____,
(street address)

_____Seattle_____, _____Washington_____, _____98121_____,
(city)                  (state)                  (zip code)

_____206-448-1230_____, _____wgolding@ziontzchestnut.com_____.
(area code + telephone number)       (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Fallon Paiute Shoshone Indian Tribe_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _December, 2011_, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Washington_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. Western District of Washington | January 1, 2012 | 44412 |
| U.S. Court of Federal Claims | January 1, 2017 | 44412 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has never been denied admission.) None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 29, 2017 | CV-17-30-GF-BMM | U.S.D.C. District of Montana | Granted |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF    Washington    )
                         )
COUNTY OF    King        )

___Wyatt Golding___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__24th__ day of __July__, 2019.

_Laura Bartholet_
Notary Public or Clerk of Court

> LAURA A BARTHOLET
> NOTARY PUBLIC #128561
> STATE OF WASHINGTON
> COMMISSION EXPIRES
> JUNE 19, 2023

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Gordon H. DePaoli___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___6100 Neil Road, Suite 500___,
(street address)

___Reno___, ___Nevada___, ___89511___,
(city)    (state)    (zip code)

___775-688-3000___, ___GDePaoli@woodburnandwedge.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Gordon H. DePaoli_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Len George_____
(party's signature)

Len George, Chairman, Fallon-Paiute-Shoshone Tribe
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Gordon H. DePaoli_____
Designated Resident Nevada Counsel's signature

195                              GDePaoli@woodburnandwedge.com
Bar number                       Email address

APPROVED:

Dated: this 26th day of July, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT

# CERTIFICATE OF GOOD STANDING

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 44412 |
| OF | ) | **CERTIFICATE** |
| WYATT FOSTER GOLDING | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**WYATT FOSTER GOLDING**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on December 1, 2011, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 20th day of June, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court