# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:95-cv-757-MMD |
| Plaintiff, ) | |
| ) | Order RE: |
| v. ) | **MOTION TO ADMIT GOVERNMENT** |
| ) | **ATTORNEY (EVE W. McDONALD)** |
| BOARD OF DIRECTORS, TRUCKEE- ) | |
| CARSON IRRIGATION DISTRICT, etc., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| PYRAMID LAKE PAIUTE TRIBE, ) | |
| ) | |
| Intervenor. ) | |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Eve W. McDonald to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as an attorney. It is anticipated that Ms. McDonald will enter an appearance in this action on behalf of the United States.

Ms. McDonald has been a licensed attorney since 1995. Ms. McDonald is a member in good standing of the Colorado Bar (Bar # 26304). Since April 2019, Ms. McDonald has been an attorney employed by the United States Department of Justice. She currently holds the position

1

of Trial Attorney, Environment and Natural Resources Division, Natural Resources Section, and her office is located in Denver, Colorado.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Eve W. McDonald to practice before this Court during the period of her employment by the United States as an attorney. It is anticipated that Ms. McDonald will enter an appearance in this action on behalf of the United States.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: July 26, 2019

_____
UNITED STATES DISTRICT JUDGE