NICHOLAS A. TRUTANICH, United States Attorney
GREG ADDINGTON, Assistant United States Attorney
Nevada Bar # 6875
Bruce R. Thompson U.S. Courthouse & Federal Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775)784-5438

PAUL E. SALAMANCA, Attorney
EVE W. MCDONALD, Trial Attorney
Colorado Bar # 26304
United States Department of Justice
Environment and Natural Resources Division
999 18th Street
South Terrace, Ste 370
Denver, Colorado 80202
Email: Evelyn.McDonald@usdoj.gov
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br>   ) <br> v. ) <br>   ) <br>   ) <br> BOARD OF DIRECTORS, TRUCKEE- ) <br> CARSON IRRIGATION DISTRICT, et al., ) <br> Defendants. ) <br>   ) <br> PYRAMID LAKE PAIUTE TRIBE, ) <br>   ) <br> Intervenor. ) <br> _____) | 3:95-cv-757-MMD <br><br> **STIPULATED MOTION ON BRIEFING DEADLINE** |

Plaintiff United States of America, Defendants Truckee-Carson Irrigation District Board of Directors, et al., Intervenor Pyramid Lake Paiute Tribe, the State of Nevada, and the Fallon Paiute Shoshone Tribe, by and through the undersigned counsel, have reached a

1
Stipulation on Briefing Deadline, *United States v. TCID, 3:95-cv-757-MMD*

stipulation regarding the due date for briefs responding to the Water Master's report (ECF 1056). The parties would like to file their responses by August 10, which was the date anticipated at the time of the status conference on July 20, despite the fact that the Water Master filed his report early. A proposed order is submitted herewith.

Respectfully submitted this 24th day of July, 2020.

PAUL E. SALAMANCA, Attorney

*/s/ Eve W. McDonald*
EVE W. McDONALD, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division

*Attorneys for Plaintiff United States*

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

*/s/ Christopher W. Mixson*
Don Springmeyer
Christopher W. Mixson

*Attorneys for Plaintiff-Intervenor Pyramid Lake Paiute Tribe*

HANSON BRIDGETT LLP

*/s/ Michael Van Zandt*
Michael Van Zandt
Nathan A. Metcalf

*Attorneys for Defendant TCID et al.*

ZIONTZ CHESTNUT

*/s/ Marc Slonim*_____
Marc Slonim
Wyatt Golding

WOODBURN AND WEDGE
Gordon DePaoli

*Attorneys for Fallon Paiute Shoshone Indian Tribe*

AARON D. FORD, Nevada Attorney General

*/s/ Tori N. Sundheim*
Tori Nicole Sundheim
Deputy Attorney General
Office of the Attorney General

*Attorneys for Nevada Division of State Lands and Nevada Division of Wildlife*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 24, 2020, I served the foregoing **Stipulated Motion on Briefing Deadline** via the United States District Court CM/ECF system on all parties or persons requesting notice.

*/s/ Eve W. McDonald*
Trial Attorney
Environment and Natural Resources Division
United States Department of Justice

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  v.<br><br>BOARD OF DIRECTORS, TRUCKEE-CARSON IRRIGATION DISTRICT, et al.,<br>        Defendants.<br><br>PYRAMID LAKE PAIUTE TRIBE,<br><br>        Intervenor. | 3:95-cv-757-MMD<br><br>**ORDER ON BRIEFING DEADLINE** |

Having reviewed the parties' stipulation dated July 24, 2020, and good cause being shown, it is hereby ordered that the briefs responding to the Water Master's report (ECF 1056) are due on August 10, 2020.

Date:  July 24, 2020            By:  _____
                                    Chief Judge Miranda M. Du
                                    United States District Court

1