HANSON BRIDGETT LLP
MICHAEL J. VAN ZANDT (Nevada Bar # 7199)
mvanzandt@hansonbridgett.com
NATHAN A. METCALF (Nevada Bar # 10404)
nmetcalf@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366

Attorneys for Defendant
Board of Directors, Truckee-Carson
Irrigation District

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF DIRECTORS, TRUCKEE-CARSON IRRIGATION DISTRICT, INDIVIDUALLY AND as Representatives of the Class of all Water Users in the Newlands Project, et al., and the TRUCKEE-CARSON IRRIGATION DISTRICT,<br><br>    Defendants. | CASE NO. CV-N-95-757-MMD<br><br>**THE BOARD OF DIRECTORS OF THE TRUCKEE-CARSON IRRIGATION DISTRICT'S MOTION FOR EXTENSION OF TIME TO REPLY TO UNITED STATES AND PYRAMID LAKE TRIBE JOINT RESPONSE TO TCID'S MOTION FOR CLARIFICATION OF ORDER DATED OCTOBER 1, 2020 RE: FEDERAL WATER MASTERS CATEGORIES FOR REPAYMENT**<br><br>**FIRST REQUEST** |

The Truckee-Carson Irrigation District ("TCID") hereby requests a two week extension to file its reply to the United States and Pyramid Lake Tribe response to TCID's motion for clarification.  The United States and the Pyramid Lake Tribe filed their joint response on December 16, 2020.  While TCID has worked diligently to reply to the filing, the Christmas holiday has prevented TCID from contacting the proper personnel at TCID to complete its analysis and reply. Therefore, TCID requests this two week extension until January 6, 2021 to file its reply.

The United States and the Pyramid Lake Tribe do not object to this request.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: December 23, 2020 | HANSON BRIDGETT LLP |

By     /s/ Michael J. Van Zandt
    MICHAEL J. VAN ZANDT
Attorney for BOARD OF DIRECTORS, TRUCKEE-CARSON IRRIGATION DISTRICT, TRUCKEE-CARSON IRRIGATION DISTRICT AND NEWLANDS PROJECT WATER RIGHTS OWNERS

## ORDER

TCID's motion for an extension of time to file its reply until January 6, 2021 is **GRANTED**.

IT IS SO ORDERED.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE